IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.L., a minor, by and through his parents, MICHAEL LORDAN and JILL LORDAN, Husband and Wife, Plaintiffs, | : : : : : : : : : : : : : : : | 1:14-cv-00450 Hon. John E. Jones III |
| v. | | |
| CENTRAL YORK SCHOOL DISTRICT; JEFFREY HAMME, Assistant Principal, Central York High School, and MICHAEL SNELL, District Superintendent Defendants. | | |

## ORDER

**May 3, 2016**

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Plaintiffs' Motion for Summary Judgment, (Doc. 54), is **GRANTED in part and DENIED in part**. Plaintiffs' Motion is **GRANTED** to the extent that judgment is entered in their favor on the overbreadth claim contained in Count I of the Complaint. Plaintiffs' Motion is otherwise **DENIED**.

2. Defendants' Motion for Summary Judgment, (Doc. 49), is **GRANTED in part and DENIED in part.** Judgment is entered in

favor of Defendants on all claims except for the overbreadth claim contained in Count I.

3. The Clerk of Court is **DIRECTED** to close the case.

s/ John E. Jones III
John E. Jones III
United States District Judge
